UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NAMI LOUISIANA | : | CIVIL ACTION NO. 06-82-JJB-DLD |
| VERSUS | : | |
| LINDA ZWEIFEL, ET AL | : | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of Plaintiff and Defendants to dismiss, with prejudice;

**IT IS ORDERED** that the Complaint of NAMI Louisiana and all of the claims and/or causes of action asserted therein against Linda Zweifel, Leroy Zweifel, Joyce Judge, Sita Diehl and The Center of Understanding: Education, Support, Advocacy, Inc., and the Counterclaim of Linda Zweifel, Leroy Zweifel, Joyce Judge, Sita Diehl and The Center of Understanding: Education, Support, Advocacy, Inc., and all of the claims and/or causes of actions asserted therein against NAMI Louisiana, be and are hereby dismissed with prejudice, with each party to bear their own costs.

Baton Rouge, Louisiana, this _____ day of May, 2008.

**JUDGE, U. S. DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

454210.1